# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JAY GRAY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MIKE EVANS,<br><br>　　　　　Respondent.<br>_____/ | 1:07-cv-01426 AWI DLB (HC)<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT STATE COURT RECORDS AS REFERENCED IN MOTION TO DISMISS<br><br>[Doc. 6] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pending before the Court is Respondent's motion to dismiss the instant petition, filed on December 11, 2007.  (Court Doc. 6.)  Petitioner filed an opposition on January 15, 2008.

In his motion to dismiss, Respondent references several state court documents; however, Respondent did not file a notice of lodging of such documents nor did Respondent submit the documents to the Court.  Accordingly, within **five (5)** court days from the date of service of this order, Respondent shall submit the state court documents as referenced in his motion to dismiss.

IT IS SO ORDERED.

　Dated:   February 6, 2008　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE